417 A.2d 778

Holloway v. Piscatelli, Hallinan and Roberts.

Appeal of Hallinan.

 Sub-
mitted December 8, 1978. George W. Helms, IV, for appel-
lant; Harry G. Mahoney, for appellee Holloway; Lane H.
Daylor, for appellee Piscatelli; no appearance entered nor
brief submitted on behalf of appellee Roberts.

Before PRICE, SPAETH and WATKINS, JJ.

The order of the lower court is hereby affirmed.